UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANN MARIE GORDON,<br><br>                Plaintiff,<br><br>   v.<br><br>EXTRA STORAGE SPACE,<br><br>                Defendants. | Case No. 3:23-cv-05619-DGE<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR SEPTEMBER 22, 2023 |

On July 12, 2023, plaintiff filed a proposed civil rights complaint under 42 U.S.C. 1983 and an application to proceed *in forma pauperis* (IFP). Dkt. 1. On August 4, 2023, the Court ordered plaintiff to show cause why her complaint should not be dismissed for failure to state a claim, or file an amended complaint. Dkt. 3. Plaintiff had until August 29, 2023, to meet the Court's deadline.

Plaintiff has not responded to the Court's order to show cause to date. Accordingly, the undersigned recommends that the Court DENY plaintiff's IFP application and dismiss her action without prejudice for failure to prosecute.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474

REPORT AND RECOMMENDATION - 1

U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on September 22, 2023, as noted in the caption.

Dated this 6th day of September, 2023.

Theresa L. Fricke
United States Magistrate Judge

NOTED FOR SEPTEMBER 22, 2023 - 2