UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANN MARIE GORDON,<br><br>                    Plaintiff,<br><br>        v.<br><br>EXTRA STORAGE SPACE,<br><br>                    Defendant. | CASE NO. 3:23-cv-05619-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

On September 6, 2023, Magistrate Judge Theresa Fricke prepared a Report and Recommendation (Dkt. No. 4) regarding Plaintiff's application to proceed *in forma pauperis* (Dkt. No. 1) and the August 4, 2023 show cause order (Dkt. No. 3).  Neither party filed objections to the Report and Recommendation.

Having reviewed the record de novo, the Court **ADOPTS** the Report and Recommendation in full.  The Court **DENIES** Plaintiff's application to proceed *in forma pauperis* and **DISMISSES** this matter without prejudice for failure of the Plaintiff to prosecute.

It is so ordered.

Dated this 2nd day of October 2023.

David G. Estudillo
United States District Judge